1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant Ferrer Valenzuela

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                            (HONORABLE BARBARA L. MAJOR)

11 | UNITED STATES OF AMERICA,        )   Case No. 08MJ0256
                                      )
12 |        Plaintiff,                )
                                      )
13 | v.                               )
                                      )   **NOTICE OF APPEARANCE**
14 | MIGUEL ANGEL FERRER VALENZUELA,  )
                                      )
15 |        Defendant.                )
                                      )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of

18 California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead

19 attorney in the above-captioned case.

20                                         Respectfully submitted,

21

22 Dated: January 30, 2008              /s/ *JENNIFER L. COON*
                                        Federal Defenders of San Diego, Inc.
23                                      Attorneys for Defendant
                                        Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

  Courtesy Copy to Chambers

  Copy to Assistant U.S. Attorney via ECF NEF

Dated: January 30, 2008        /s/ *JENNIFER L. COON*
                Federal Defenders of San Diego, Inc.
                225 Broadway, Suite 900
                San Diego, CA  92101-5030
                (619) 234-8467  (tel)
                (619) 687-2666  (fax)
                Jennifer_Coon@fd.org (email)